PACIFIC UNDERGARMENT CO. *v.* UNITED STATES

No. 5107.—Invoices dated Yokohama, Japan, June 24, 1936, etc.
Entered at New York July 22, 1936, etc.
Entry No. 708439, etc.

(Decided January 29, 1941)

*Puckhafer, Rode & Rode* (*John D. Rode* of counsel) for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issue and certain items of the merchandise in this case are the same as in the case of *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, and that as to said items the appraised value, less any amount added by the importer by reason of the so-called Japanese consumption tax, represent the export value, and that there was no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the items of merchandise marked A and checked JWT on the invoices to be the value found by the appraiser, less any amount added by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.